UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES KINNEY, | Case No. 19-mc-80021-JD |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE PREFILING REVIEW** |
| PHILIP S. GUTIERREZ, | |
| Defendant. | |

Plaintiff Charles Kinney is subject to a vexatious-litigant order in this district. Dkt. No. 56 in Case No. 18-cv-01041-EMC. Among his many earlier lawsuits is a case against the Honorable Philip S. Gutierrez, United States District Judge in the Central District of California, related to Kinney's real property in Los Angeles. *See* Dkt. No. 53 at 4-5 in Case No. 18-cv-01041-EMC. Judge Edward Chen imposed a pre-filing review requirement for any further suits in our district related to that property or associated court proceedings.

The Court has reviewed the proposed complaint lodged under this case name and number, and finds that it falls within the scope of the vexatious-litigant order. Kinney again sues Judge Gutierrez in relation to his Los Angeles property, and again challenges the orders against him in the earlier actions. *See, e.g.*, Compl. ¶¶ 5-6, 19.

Consequently, the complaint may not be filed. The Clerk of Court is directed to close this matter.

**IT IS SO ORDERED.**

Dated: February 26, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES KINNEY, Plaintiff, v. PHILIP S. GUTIERREZ, Defendant. | Case No. 19-mc-80021-JD<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Kinney
5826 Presley Way
Oakland, CA 94618

Dated: February 26, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO